524

(January 28, 1971)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLGA SCARPETTA, on Behalf of BABY SCARPETTA, Respondent, v. SPENCE-CHAPIN ADOPTION SERVICE, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich and Nunez, JJ.